UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOMMY DANIELS,                                )<br>)<br>  Plaintiff,                                          )<br>                                                       )<br>VS.                                                 )<br>                                                       )<br>WELLS FARGO BANK NATIONAL  )<br>ASSOCIATION, ET AL.,                     )<br>                                                       )<br>  Defendants.                                    ) | CIVIL ACTION NO.<br><br>3:15-CV-3527-G (BK) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

January 29, 2016.

_____
A. JOE FISH
**Senior United States District Judge**